# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN W., | : | CIVIL ACTION |
|     Plaintiff | : | |
|        v. | : | |
| | : | |
| FRANK J. BISIGNANO, | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO.  24-5680 |

## JUDGMENT ORDER

**AND NOW**, this 22nd day of January 2026, it is hereby **ORDERED** that Judgment is entered in favor of Defendant, the Commissioner of the Social Security Administration.

**BY THE COURT**:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge